FILED

OCT 31 2011

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia    Richmond Division

| | | |
|---|---|---|
| Michael A. Foley and Teresa R. Foley | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  3:11CV698 |
| Samuel I. White, P.C. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Samuel I. White, P.C.
c/o Wm. Adam White, Registered Agent
5040 Corporate Woods Dr., Suite 120
Virginia Beach, VA 23462

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

Name of clerk of court

Date:  OCT 18 2011

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# The Marston Agency, Inc.

10/20/11

11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Michael A. Foley & Teresa R. Foley | **Court:** | United States District Court |
| **Defendant:** | Samuel I. White PC | **Case:** | 3:11CV698 |
| **Serve:** | Samuel I. White PC<br>5040 Corporate Woods Dr. Suite 120<br>R/A Wm. Adam White<br>Virginia Beach, VA 23462 | **Return Date:**<br>**Time:** | |
| **Contact:** | Dale W. Pittman<br>112 - A West Tabb Street<br><br>Petersburg, VA 23803 | **Phone:** | (804) 861-6000 |

**Type(s) of Writ(s)**

paper:1363047

Summons in a Civil Action

_Witness/Defendant_ Samuel I. White PC was served according to law, as indicated below:

(X) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, _Alan Swack_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: _10-24-11_                     Served Time: _1424_

_____
Signature of Process Server

**Notary**

State of: Virginia                     County/City of: Henrico, Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this ____ day of Oct/Nov 20__

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 250264 | 1 Day Rush: No | 2 Day Rush: No | |
|---|---|---|---|---|---|
| **Attempts** | **-1-** | **-2-** | **-3-** | **-4-** | **-6-** |
| Date: | | | | | |
| Time: | | | | | |
| Server: | | | | | |

**REMARKS -**

ANITA SHAKA
NOTARY
PUBLIC
REG # 366043
MY COMMISSION
EXPIRES
07/31/13
COMMONWEALTH OF VIRGINIA

THE LAW OFFICE OF
## DALE W. PITTMAN, P.C.
THE ELIZA SPOTSWOOD HOUSE
112-A WEST TABB STREET
PETERSBURG, VIRGINIA 23803-3212
TELEPHONE (804) 861-6000
FACSIMILE (804) 861-3368

DALE W. PITTMAN
dale@pittmanlawoffice.com

October 28, 2011

Fernando Galindo, Clerk
United States District Court
701 E. Broad Street, Suite 3000
Richmond, Virginia 23219-3528

**Re: Foley v. Samuel I. White, P.C., Civil Action No. 3:11cv698**

Dear Mr. Galindo:

We have obtained service on Defendant Samuel I. White, P.C. in the captioned matter. Enclosed for filing is the original Summons, with the Return of Service having been duly completed by the process server.

Please call if you have any questions. Thank you for your anticipated cooperation and assistance in this regard.

Yours very truly,

Dale W. Pittman

Enclosure

Copy to:      Michael and Teresa Foley
              Leonard A. Bennett, Esquire
              Matthew Erausquin, Esquire
              Kristi Cahoon Kelly, Esquire