**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**MICHAEL A. FOLEY and
TERESA R. FOLEY,**

    **Plaintiffs,**

  **v.**                                                                    **Civil Action No. 3:11cv698**

**SAMUEL I. WHITE, P.C.,**

    **Defendant.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Maryia Y. Jones on behalf of Defendant Samuel I. White, P.C. as counsel herein for all purposes in this matter.

                                                      SAMUEL I. WHITE, P.C.

                                               By:    /s/ Maryia Y. Jones
                                                              Of Counsel

John C. Lynch (VSB No. 39267)
Maryia Y. Jones (VSB No. 78645)
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7539
Facsimile: (757) 687-1542
E-mail: john.lynch@troutmansanders.com
E-mail: maryia.jones@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiffs Michael and Teresa Foley**
**Leonard Anthony Bennett**
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net

**Dale Wood Pittman**
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com

**Kristi Cahoon Kelly**
Surovell Isaacs Petersen & Levy PLC
4010 University Dr, Suite 200
Fairfax, VA 22030
703-251-5400
Fax: 703-591-9285
Email: kkelly@smillaw.com

        /s/ Maryia Y. Jones
Maryia Y. Jones (VSB No. 78645)
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7539
Facsimile: (757) 687-1542
E-mail: maryia.jones@troutmansanders.com