IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED DEC - 8 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

RACHID NAIM,

    Plaintiff,

v.                                                 Civil Action No. 3:11cv168

SAMUEL I. WHITE, P.C.,

    Defendant.

KEITH P. CECIL,
et al.,

    Plaintiffs,

v.                                                 Civil Action No. 3:11cv528

SAMUEL I. WHITE, P.C.,

    Defendant.

JAN D. FELTON,

    Plaintiff,

v.                                                 Civil Action No. 3:11cv556

SAMUEL I. WHITE, P.C.,

    Defendant.

TINA P. SOLOMON,

    Plaintiff,

v.                                                 Civil Action No. 3:11cv628

SAMUEL I. WHITE, P.C.,

    Defendant.

MICHAEL A. FOLEY,
et al.,

    Plaintiffs,

v.                                          Civil Action No. 3:11cv698

SAMUEL I. WHITE, P.C.,

    Defendant.

JULIA DES OGUGUA,

    Plaintiff,

v.                                            Civil Action No. 2:11cv419

SAMUEL I. WHITE, P.C.

    Defendant.

**ORDER**

Having reviewed the PLAINTIFFS' CONSENT MOTION TO CONSOLIDATE which has been filed in the above actions, it is hereby ORDERED that the above actions assigned to the undersigned judge are to be consolidated for pretrial and settlement purposes only. All future pleadings shall be filed under the style Rachid Naim, et al. v. Samuel I. White, P.C., Civil Action No. 3:11cv168. The question of consolidation or reassignment with regard to Julia Des Ogugua v. Samuel I. White, P.C., Civil Action No. 2:11cv419 will be decided by the Honorable Raymond A. Jackson.

It is hereby ORDERED that the Clerk shall file a copy of this Order in all case actions listed above.

The Clerk is directed to send a copy of this Order to the Honorable Raymond A. Jackson.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December 8, 2011

3